UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-24480-Civ-King/McAliley

ANGEL E. ABASCAL,

　　　Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

　　　Defendant.

_____/

## FIRST AMENDED COMPLAINT[1]
### JURY DEMAND

1.　　　Plaintiff alleges violations of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq*. ("FDCPA") and Telephone Consumer Protection Act, 47 U.S.C

§227, *et seq*. ("TCPA").

### JURISDICTION AND VENUE

2.　　　This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C.

§1692k. See Mims v. Arrow Fin. Servs. LLC, 132 S. Ct. 740 (2012); U.S. LEXIS 906

(U.S. 2012).  Venue in this District is proper because Plaintiff resides here and Defendant

placed telephone calls into this District.

### PARTIES

3.　　　Plaintiff, ANGEL E. ABASCAL, is a natural person, and citizen of the

State of Florida, residing in Miami-Dade County, Florida.

---

[1] Pursuant to Fed. R. Civ. P. 15, Plaintiff amends as a matter of right within 21 days of service of process, which occurred on February 1, 2013.

4.      Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, is a corporation with its principal place of business at Suite 150, 1130 Northchase Parkway, Marietta, Georgia, 30067.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following message on Plaintiff's residential telephone voice mail on or about the date stated:

**May 15, 2012 – pre-recorded message**
-- requires that we notify you that this communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the phone call today at 866-664-2512 regarding file number --

11.     Defendant, or another party acting on its behalf, left similar or identical messages on other occasions using an automated telephone dialing system or pre-recorded or artificial voice on Plaintiff's cellular telephone or Plaintiff's residential telephone. (Collectively, "the telephone messages").

2

12.     The messages are "communications" as defined by 15 U.S.C. §1692a(2).

See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff of Defendant's name in the messages.

<u>COUNT I</u>
<u>FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY</u>

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant placed telephone calls to Plaintiff without making meaningful

disclosure of its identity in the telephone messages when it failed to disclose its name in

violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-

61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23,

2008); *Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982);

and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of

Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

<u>COUNT II</u>
<u>VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT</u>

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant, or others acting on its behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     a declaration that Defendant calls violate the TCPA;

c.     a permanent injunction prohibiting Defendants from placing non-emergency calls to the Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

d.     Such other or further relief as the Court deems proper.


**JURY DEMAND**

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
don@donyarbrough.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 12-24480-Civ-King/McAliley

ANGEL E. ABASCAL,

      Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,

      Defendant.

_____/

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on <u>February 4, 2013</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                   <u>s/Donald A. Yarbrough</u>
                                   Donald A. Yarbrough, Esq.

## SERVICE LIST

Focus Receivables Management, LLC
C/o C T Corporation System
1200 South Pine Island Road
Plantation, Florida 33324

<u>Via U.S. Mail</u>

Focus Receivables Management, LLC
Suite 150
1130 Northchase Parkway,
Marietta, Georgia, 30067.

<u>Via U.S. Mail</u>